HIGGINBOTHAM-BAILEY-LOGAN COMPANY, Respondent, v. ANDREW W. MELLON, Director-General of Railroads, as Agent under Section 206 of Transportation Act of 1920 (Matter of LEHIGH VALLEY RAILROAD), Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ. Finch, J., dissents on the ground that proof necessary and proper to establish mailing is lacking. (Gardam & Son v. Batterson, 198 N. Y. 175.)

MERCEDES McALLISTER SMITH, Respondent, v. BARRY C. SMITH and GEORGE W. BURLEIGH, Appellants, Impleaded, etc.— Order reversed, with costs, and motion denied, the verdict reinstated and judgment directed to be entered thereon. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

JACOB TEPPER, Appellant, v. WILLIAM H. BARNARD, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK (Successor by Merger to MORTON TRUST COMPANY), as Appointee of the Supreme Court to Carry Out the Provisions of the Will of GEORGE PARBURY POLLEN, Deceased. WALTER CARROLL LOW, Appellant; FRITZ LEOPOLD SCHMIDT, JR., Respondent.— Decree, so far as appealed from affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

GERTRUDE G. SINGER, as Executrix, etc., of DANIEL J. SINGER, Deceased, Appellant, v. JOHN McCOY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

WILLIAM SCHORR, Respondent, v. DANIEL COHEN, Defendant, Impleaded with NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.; Clarke, P. J., dissents.

LEW JOFFE, Appellant, v. ADOLPH PENN and Another, Defendants, Impleaded with JULIA PENN and Others, Respondents.— Judgment and order affirmed, with costs. Decision modified by reversing finding of fact No. 37. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of ESTHER MARGOLIS, Appellant, as General Guardian of SOLON COHEN and Others, for an Order Directing the Trustees of the Estate of NATHAN COHEN, Deceased, Respondents, to Make Certain Payments Out of Income of the Estate of Decedent.— Order affirmed, with costs to all parties to this appeal appearing by separate counsel and filing separate briefs herein payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MAX SILVERSTEIN and Others, as Executors of the Last Will and Testament of NATHAN COHEN, Deceased.— Decree affirmed, with costs to all parties to this appeal appearing by separate counsel and filing separate briefs herein payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.